IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* AMY BERGMAN, *et al.*,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　　　Defendant. | Civil Action No. 09-4264 (CDJ) |

### **[PROPOSED] ORDER**

This matter having come before the Court on Relator's Motion to Compel Responses to Relator's First and Second Set of Requests for Production to Defendant Abbott Laboratories, and the Court having considered the Parties' submissions;

IT IS HEREBY ORDERED that Relator's Motion to Compel Responses to Relator's First and Second Set of Requests for Production to Defendant Abbott Laboratories is DENIED.

IT IS SO ORDERED,

This ___ day of _____, 2015.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE LYNNE A. SITARSKI
　　　　　　　　　　　　　　　　　　United States Magistrate Judge