## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2015, a true and correct copy of the foregoing Response in Opposition to Relator's Motion to Compel Answers to Relator's First and Second Set of Requests for Production to Defendant Abbott Laboratories was filed and served via electronic case filing (ECF) on all counsel of record who have consented to electronic service and is available for viewing and downloading from the ECF system.  In addition, a true and correct copy of the foregoing was served on June 29, 2015, by first-class mail, on the following counsel:

| | |
|---|---|
| Marc S. Raspanti<br>Pietragallo, Gordon, Alfano, Bosick<br>& Raspanti, LLP<br>1818 Market Street, Suite 3402<br>Philadelphia, PA 19103 | John J. Uustal<br>Kelley/Uustal Law Firm<br>700 Southeast Third Avenue, 3rd Floor<br>Courthouse Law Plaza<br>Ft. Lauderdale, FL 33316 |
| Robert N. Nicholson<br>Nicholson & Eastin, LLP<br>707 Northeast Third Avenue, Suite 301<br>Ft. Lauderdale, FL 33304 | AUSA Susan Dein Bricklin<br>U.S. Attorney's Office,<br>Eastern District of Pennsylvania<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106 |

Dated: June 29, 2015                                          /s/ John C. Dodds