APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S.A. ex rel. Bergman, et al., | : CIVIL ACTION | FILED |
| v. | : | JUL 28 2015 |
| Abbott Laboratories. | : NO. 09-4264 | MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk |

### ORDER

AND NOW, this 27th Day of July, 2015, it is hereby

ORDERED that the application of Kenneth D. McArthur, Jr., Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.