IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED SATES OF AMERICA *ex rel*. AMY BERGMAN, et al. Plaintiffs, | : : : : | CIVIL ACTION |
| v. | : : | No.:   09-CV-4264 |
| ABBOTT LABORATORIES, Defendant. | : : | |

# O R D E R

**AND NOW**, this   15th   day of January, 2016, upon consideration of Relator's Letter Motion to Renew Her Motion to Determine the Sufficiency of Abbott's Answers and Objections to Relator's First Set of Requests for Admissions, as to Requests for Admission Nos. 31, 37-40, 58-60, and 66-68 (ECF No. 138, *see* ECF No. 102); and Defendant's response in opposition (*see* ECF Nos. 104, 138); and for the reasons stated in the Memorandum Opinion filed this date, **IT IS HEREBY ORDERED** that Relator's Letter Motion to Renew Her Motion to Determine the Sufficiency of Abbott's Answers and Objections to Relator's First Set of Requests for Admissions, as to Requests for Admission Nos. 31, 37-40, 58-60, 66-68 (Doc. No. 138) is **DENIED**.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE