IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED SATES OF AMERICA *ex rel.*** | : | **CIVIL ACTION** |
| **AMY BERGMAN, et al.** | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No.:   09-CV-4264 |
| | : | |
| **ABBOTT LABORATORIES,** | : | |
| Defendant. | : | |

### O R D E R

**AND NOW**, this   11th   day of August, 2016, upon consideration of Relator's Motion to Compel the Production of Deposition Transcripts (Mot. to Compel, ECF No. 152), the response in opposition (Def. Resp., ECF No. 156), and Relator's reply, (Reply, ECF No. 159); and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Relator's Motion is **GRANTED IN PART** and **DENIED IN PART WITHOUT PREJUDICE**.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE